UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | 20-02535 |
| KATHENA U. ANDERSON, | ) | Chapter 13 |
| | ) | |
| | ) | JUDGE BARNES |
| Debtor(s). | ) | |

## NOTICE OF MOTION

To the following persons or entities who were served via electronic mail by the Bankruptcy Court:
US Trustee:  USTPRegion11.ES.ECF@usdoj.gov
Marilyn O. Marshall, Chapter 13 Trustee:  courtdocs@chi13.com

To the following persons or entities who were served via regular U.S. Mail:
Kathena U. Anderson, 7823 S. Evans Ave., Chicago, IL  60619
Internal Revenue Service, Centralized Insolvency Operations, P.O. Box 7346, Philadelphia, PA 19101-7346
David M. Katinsky, Chief, CTS-Northern, Tax Division (DOJ), P.O. Box 55, Ben Franklin Station, Washington, DC  20044
US Attorney, Civil Process Clerk, 219 S. Dearborn St., Rm. 500, Chicago, IL  60604

Please take notice that I shall appear before the following named Bankruptcy Judge, or any other Judge presiding in his stead, at 219 South Dearborn Street, Chicago, Illinois, in the following courtroom (or any other place posted), and present the attached **Objection to Claim No. 4 Internal Revenue Service**, at which time and place you may appear:

JUDGE:   Barnes
ROOM:    744
DATE:    June 11, 2020
TIME:    1:30 pm

/s/ Christine H. Clar
Christine H. Clar, A.R.D.C. #6202332
Attorney for the Debtor(s)

## PROOF OF SERVICE

The undersigned does hereby certify that copies of this Notice and attachments were served to the above persons or entities, by depositing same in the U.S. Mail at Wheeling, Illinois 60090, with proper postage prepaid, or served electronically by the Bankruptcy Court, before 5:00 pm. on May 12, 2020.

/s/ Christine H. Clar
Christine H. Clar, A.R.D.C. #6202332
Attorney for the Debtor(s)

DAVID M. SIEGEL & ASSOCIATES
790 Chaddick Drive
Wheeling, IL 60090
847/520-8100
davidsiegelbk@gmail.com

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| **In re:** | ) | **20-02535** |
| **KATHENA U. ANDERSON,** | ) | **Chapter 13** |
| | ) | |
| | ) | **JUDGE BARNES** |
| **Debtor(s).** | ) | |

### OBJECTION TO CLAIM NO. 4
### (INTERNAL REVENUE SERVICE)

NOW COMES the debtor, KATHENA U. ANDERSON, by her attorneys, DAVID M. SIEGEL & ASSOCIATES, LLC, to present his Objection to Claims, and in support thereof states as follows:

1. Jurisdiction is proper and venue is fixed in this Court with respect to these parties.

2. The debtor filed a Chapter 13 petition January 29, 2020. The case is not yet confirmed. Marilyn O. Marshall was appointed trustee in this case.

3. The debtor listed the Internal Revenue Service as one of her creditors.

4. On February 19, 2020 the Internal Revenue Service filed a proof of claim, Claim No. 4 on the Claims Register for taxes, divided into unsecured, priority ($7,526.44) and unsecured general ($45.43), for a total amount of $7,571.87 (Exhibit A).

5. This claim contains $4,368.60 as unsecured, priority for an unfiled 2019 tax return.

6. Sometime in early April 2020 the Debtor filed her 2019 return with the Internal Revenue Service, which shows she owes $887.00. And on April 23, 2020 this office sent a signed copy of the 2019 return to the Internal Revenue Service's agent listed on the proof of claim, Tiffany D. Dizard.

7. As of today, the proof of claim has not been amended for the filed return.

8. As a result of the aforementioned, the claim filed by the Internal Revenue Service should be disallowed as to the 2019 amount of $4,368.60, and replaced with $887.00.

WHEREFORE, pursuant to 11 U.S.C. §502(a), the debtor, KATHENA U. ANDERSON, respectfully requests that this honorable Court enter an order disallowing Claim No. 4 as to the 2019 amount and for such other and further relief as the Court shall deem proper.

                                        Respectfully Submitted,
                                        /s/ Christine H. Clar
                                        Christine H. Clar, ARDC #6202332

DAVID M. SIEGEL & ASSOCIATES, LLC
Attorneys for Debtor(s)
790 Chaddick Drive
Wheeling, IL 60090
847/520-8100
davidsiegelbk@gmail.com

# EXHIBIT A

**Fill in this information to identify the case:**

Debtor 1  KATHENA U. ANDERSON

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: NORTHERN   District of ILLINOIS
(State)

Case number  20-02535

Official Form 410
# Proof of Claim
04/19

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1: Identify the Claim

**1. Who is the current creditor?**
Department of the Treasury - Internal Revenue Service
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**
■ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

**Where should notices to the creditor be sent?**

Internal Revenue Service
Name
P.O. Box 7346
Number   Street

Philadelphia   PA   19101-7346
City   State   ZIP Code

Contact phone   1-800-973-0424

Contact email _____

Creditor Number: 28590888

Uniform claim identifier for electronic payments in chapter 13 (if you use one)
__ __ __ __ - __ __ __ __ - __ __ __ __ - __ __ __ __

**Where should payments to the creditor be sent? (if different)**

Internal Revenue Service
Name
P.O. Box 7317
Number   Street

Philadelphia   PA   19101-7317
City   State   ZIP Code

Contact phone   1-800-973-0424

Contact email _____

**4. Does this claim amend one already filed?**
■ No
☐ Yes.   Claim number on court claims registry (if known) _____   Filed on: _____
MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**
■ No
☐ Yes. Who made the earlier filing? _____

**Part 2:** Give Information About the Claim as of the Date the Case Was Filed

| | |
|---|---|
| 6. Do you have any number you use to identify the debtor? | ☐ No<br>■ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor:   See Attachment |
| 7. How much is the claim? | $ 7,571.87      Does this amount include interest or other charges?<br>☐ No<br>■ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |
| 8. What is the basis of the claim? | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.<br><br>Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).<br><br>Limit disclosing information that is entitled to privacy, such as health care information.<br><br>Taxes |
| 9. Is all or part of the claim secured? | ■ No<br>☐ Yes. The claim is secured by a lien on property.<br><br>**Nature of property:**<br>☐ Real Estate. If the claim is secured by the debtor's principal residence, file a Mortgage Proof of Claim Attachment (Official Form 410-A) with this Proof of Claim.<br>☐ Motor Vehicle<br>☐ Other. Describe: _____<br><br>**Basis for perfection:** _____<br>Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br><br>**Value of Property:**    $_____<br>**Amount of the claim that is secured:**    $_____<br>**Amount of the claim that is unsecured:**    $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)<br><br>**Amount necessary to cure any default as of the date of the petition:**    $_____<br><br>**Annual Interest Rate** (when case was filed)   ____%<br>☐ Fixed<br>☐ Variable |
| 10. Is this claim based on a lease? | ■ No<br>☐ Yes. **Amount necessary to cure any default as of the date of the petition.**    $_____ |
| 11. Is this claim subject to a right of setoff? | ☐ No<br>■ Yes. Identify the property   See Attachment |

| 12. Is all or part of the claim entitled to priority under 11 U.S.C. §507(a)? <br><br>A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ No <br> ■ Yes. Check all that apply: | Amount entitled to priority |
|---|---|---|
| | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $ _____ |
| | ☐ Up to $3,025* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $ _____ |
| | ☐ Wages, salaries, or commissions (up to $13,650*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $ _____ |
| | ■ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $ 7,526.44 |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $ _____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $ _____ |

*Amounts are subject to adjustment on 4/01/22 and every 3 years after that for cases begun on or after the date of adjustment.

## Part 3: Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Check the appropriate box:

■ I am the creditor.

☐ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  02/18/2020
                  MM / DD / YYYY

/s/ TIFFANY D DIZARD
(Signature)

Print the name of the person who is completing and signing this claim:

Name     TIFFANY      D                                                    DIZARD
         First name   Middle name                                          Last name

Title    Bankruptcy Specialist

Company  Internal Revenue Service
         Identify the corporate servicer as the company if the authorized agent is a servicer.

Address  1240 E 9th STREET, ROOM 493
         Number       Street

         CLEVELAND                                           OH            44199
         City                                                State         ZIP Code

Contact Phone  216-415-3511                                  Email: _____

# Proof of Claim for Internal Revenue Taxes

Department of the Treasury/Internal Revenue Service

**In the Matter of:** KATHENA U. ANDERSON
7823 S. EVANS AVE.
APT #1
CHICAGO, IL 60619

Form 410 Attachment

| Case Number |
|---|
| 20-02535 |

| Type of Bankruptcy Case |
|---|
| CHAPTER 13 |

| Date of Petition |
|---|
| 01/29/2020 |

The United States has not identified a right of setoff or counterclaim. However, this determination is based on available data and is not intended to waive any right to setoff against this claim debts owed to this debtor by this or any other federal agency. All rights of setoff are preserved and will be asserted to the extent lawful.

**Unsecured Priority Claims** under section 507(a)(8) of the Bankruptcy Code

| Taxpayer ID Number | Kind of Tax | Tax Period | Date Tax Assessed | Tax Due | Interest to Petition Date |
|---|---|---|---|---|---|
| XXX-XX-5648 | INCOME | 12/31/2018 | 06/03/2019 | $3,029.00 | $128.84 |
| XXX-XX-5648 | INCOME | 12/31/2019 | 1 Estimated- SEE NOTE | $4,368.60 | $0.00 |
| | | | | $7,397.60 | $128.84 |

**Total Amount of Unsecured Priority Claims:** $7,526.44

**Unsecured General Claims**

Penalty to date of petition on unsecured priority claims (including interest thereon) . . . . . . $45.43

**Total Amount of Unsecured General Claims:** $45.43

1 LIABILITY IS ESTIMATED BASED ON AVAILABLE INFORMATION BECAUSE THE RETURN HAS NOT BEEN FILED. THIS CLAIM MAY BE AMENDED AS NECESSARY AFTER THE DEBTOR FILES THE RETURN OR PROVIDES OTHER REQUIRED INFORMATION.