# Form 1040 — U.S. Individual Income Tax Return (2019)

Department of the Treasury—Internal Revenue Service (99)    OMB No. 1545-0074    IRS Use Only—Do not write or staple in this space.

**Filing Status** — Check only one box.

[X] Single  [ ] Married filing jointly  [ ] Married filing separately (MFS)  [ ] Head of household (HOH)  [ ] Qualifying widow(er) (QW)

If you checked the MFS box, enter the name of spouse. If you checked the HOH or QW box, enter the child's name if the qualifying person is a child but not your dependent. ▶

Your first name and middle initial: **KATHENA U**
Last name: **ANDERSON**
Your social security number: [redacted]

If joint return, spouse's first name and middle initial:
Last name:
Spouse's social security number:

Home address (number and street). If you have a P.O. box, see instructions.
**7823 S EVANS AVE**    Apt. no. **APT 1**

City, town or post office, state, and ZIP code. If you have a foreign address, also complete spaces below (see instructions).
**CHICAGO, IL 60619**

Foreign country name:
Foreign province/state/county:
Foreign postal code:

**Presidential Election Campaign** — Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund. [ ] You  [ ] Spouse

If more than four dependents, see instructions and ✓ here ▶ [ ]

**Standard Deduction**
Someone can claim: [ ] You as a dependent  [ ] Your spouse as a dependent
[ ] Spouse itemizes on a separate return or you were a dual-status alien

**Age/Blindness**
You: [ ] Were born before January 2, 1955  [ ] Are blind
Spouse: [ ] Was born before January 2, 1955  [ ] Is blind

**Dependents** (see instructions):

| (1) First name  Last name | (2) Social security number | (3) Relationship to you | (4) ✓ If qualifies for (see instructions): Child tax credit | Credit for other dependents |
|---|---|---|---|---|
| | | | [ ] | [ ] |
| | | | [ ] | [ ] |
| | | | [ ] | [ ] |
| | | | [ ] | [ ] |

| Line | Description | | Amount |
|---|---|---|---|
| 1 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 1 | 36,728 |
| 2a | Tax-exempt interest | | |
| 2b | Taxable interest. Attach Sch. B if required | 2b | |
| 3a | Qualified dividends | | |
| 3b | Ordinary dividends. Attach Sch. B if required | 3b | |
| 4a | IRA distributions | | |
| 4b | Taxable amount | 4b | |
| 4c | Pensions and annuities | | |
| 4d | Taxable amount | 4d | 6,052 |
| 5a | Social security benefits | | |
| 5b | Taxable amount | 5b | |
| 6 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ [ ] | 6 | |
| 7a | Other income from Schedule 1, line 9 | 7a | |
| 7b | Add lines 1, 2b, 3b, 4b, 4d, 5b, 6, and 7a. This is your **total income** ▶ | 7b | 42,780 |
| 8a | Adjustments to income from Schedule 1, line 22 | 8a | |
| 8b | Subtract line 8a from line 7b. This is your **adjusted gross income** ▶ | 8b | 42,780 |
| 9 | Standard deduction or itemized deductions (from Schedule A) | 9 | 12,200 |
| 10 | Qualified business income deduction. Attach Form 8995 or Form 8995-A | 10 | |
| 11a | Add lines 9 and 10 | 11a | 12,200 |
| 11b | **Taxable income.** Subtract line 11a from line 8b. If zero or less, enter -0- | 11b | 30,580 |

Standard Deduction for—
- Single or Married filing separately, $12,200
- Married filing jointly or Qualifying widow(er), $24,400
- Head of household, $18,350
- If you checked any box under Standard Deduction, see instructions.

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.    Cat. No. 11320B    Form **1040** (2019)

CQA

Form 1040 (2019)  Page 2

| Line | Description | Amount |
|---|---|---|
| 12a | Tax (see inst.) Check if any from Form(s): 1 ☐ 8814  2 ☐ 4972  3 ☐ ___ | 3,475 |
| 12b | Add Schedule 2, line 3, and line 12a and enter the total ▶ | 3,475 |
| 13a | Child tax credit or credit for other dependents | |
| 13b | Add Schedule 3, line 7, and line 13a and enter the total ▶ | |
| 14 | Subtract line 13b from line 12b. If zero or less, enter -0- | 3,475 |
| 15 | Other taxes, including self-employment tax, from Schedule 2, line 10 | |
| 16 | Add lines 14 and 15. This is your **total tax** ▶ | 3,475 |
| 17 | Federal income tax withheld from Forms W-2 and 1099 | 2,588 |
| 18 | Other payments and refundable credits: | |
| 18a | Earned income credit (EIC) | |
| 18b | Additional child tax credit. Attach Schedule 8812 | |
| 18c | American opportunity credit from Form 8863, line 8 | |
| 18d | Schedule 3, line 14 | |
| 18e | Add lines 18a through 18d. These are your **total other payments and refundable credits** ▶ | |
| 19 | Add lines 17 and 18e. These are your **total payments** ▶ | 2,588 |
| 20 | If line 19 is more than line 16, subtract line 16 from line 19. This is the amount you **overpaid** | |
| 21a | Amount of line 20 you want **refunded to you**. If Form 8888 is attached, check here ▶ ☐ | |
| 22 | Amount of line 20 you want **applied to your 2020 estimated tax** ▶ | |
| 23 | **Amount you owe.** Subtract line 19 from line 16. For details on how to pay, see instructions ▶ | 887 |
| 24 | Estimated tax penalty (see instructions) ▶ | |

• If you have a qualifying child, attach Sch. EIC.
• If you have nontaxable combat pay, see instructions.

**Refund**
Direct deposit? See instructions.
- b Routing number ___ ▶ c Type: ☐ Checking  ☐ Savings
- d Account number ___

**Amount You Owe**

**Third Party Designee** (Other than paid preparer)
Do you want to allow another person (other than your paid preparer) to discuss this return with the IRS? See instructions.  ☒ **Yes.** Complete below.  ☐ No
Designee's name ▶ DAVID SIEGEL   Phone no. ▶ (847) 520 - 8100   Personal identification number (PIN) ▶ ___

**Sign Here**
Joint return? See instructions. Keep a copy for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Your signature: [signed]   Date: 4-10-20   Your occupation: BILLING SPECIALIST   If the IRS sent you an Identity Protection PIN, enter it here (see inst.)
Spouse's signature. If a joint return, **both** must sign.   Date   Spouse's occupation   If the IRS sent your spouse an Identity Protection PIN, enter it here (see inst.)
Phone no.   Email address

**Paid Preparer Use Only**
Preparer's name | Preparer's signature | Date | PTIN | Check if: ☐ 3rd Party Designee  ☐ Self-employed
Firm's name ▶   Phone no.
Firm's address ▶   Firm's EIN ▶

Go to www.irs.gov/Form1040 for instructions and the latest information.   Form **1040** (2019)

| Form **5329**<br>Department of the Treasury<br>Internal Revenue Service (99) | **Additional Taxes on Qualified Plans (Including IRAs) and Other Tax-Favored Accounts**<br>▶ Attach to Form 1040, 1040-SR, or 1040-NR.<br>▶ Go to *www.irs.gov/Form5329* for instructions and the latest information. | OMB No. 1545-0074<br>2019<br>Attachment<br>Sequence No. 29 |
|---|---|---|

| Name of individual subject to additional tax. If married filing jointly, see instructions.<br>KATHENA ANDERSON | | Your social security number |
|---|---|---|
| **Fill in Your Address Only if You Are Filing This Form by Itself and Not With Your Tax Return** ▶ | Home address (number and street), or P.O. box if mail is not delivered to your home<br>7823 S EVANS AVE | Apt. no. |
| | City, town or post office, state, and ZIP code. If you have a foreign address, also complete the spaces below. See instructions.<br>CHICAGO       IL    60619 | If this is an amended return, check here ▶ ☐ |
| | Foreign country name       Foreign province/state/county | Foreign postal code |

If you **only** owe the additional 10% tax on early distributions, you may be able to report this tax directly on Schedule 2 (Form 1040 or 1040-SR), line 6, or Form 1040-NR, line 57, without filing Form 5329. See the instructions for Schedule 2 (Form 1040 or 1040-SR), line 6, or for Form 1040-NR, line 57.

**Part I    Additional Tax on Early Distributions.** Complete this part if you took a taxable distribution before you reached age 59½ from a qualified retirement plan (including an IRA) or modified endowment contract (unless you are reporting this tax directly on Form 1040, 1040-SR, or 1040-NR—see above). You also may have to complete this part to indicate that you qualify for an exception to the additional tax on early distributions or for certain Roth IRA distributions. See instructions.

| 1 | Early distributions included in income. For Roth IRA distributions, see instructions . . . . . . . . | 1 | 6,052 |
|---|---|---|---|
| 2 | Early distributions included on line 1 that are not subject to the additional tax (see instructions). Enter the appropriate exception number from the instructions: __01__ . . . . . . . . . . . | 2 | 6,052 |
| 3 | Amount subject to additional tax. Subtract line 2 from line 1 . . . . . . . . . . . . . . . | 3 | |
| 4 | **Additional tax.** Enter 10% (0.10) of line 3. Include this amount on Schedule 2 (Form 1040 or 1040-SR), line 6, or Form 1040-NR, line 57 . . . . . . . . . . . . . . . . . . . . | 4 | |
| | **Caution:** If any part of the amount on line 3 was a distribution from a SIMPLE IRA, you may have to include 25% of that amount on line 4 instead of 10%. See instructions. | | |

**Part II    Additional Tax on Certain Distributions From Education Accounts and ABLE Accounts.** Complete this part if you included an amount in income, on Schedule 1 (Form 1040 or 1040-SR), line 8, or Form 1040-NR, line 21, from a Coverdell education savings account (ESA), a qualified tuition program (QTP), or an ABLE account.

| 5 | Distributions included in income from a Coverdell ESA, a QTP, or an ABLE account . . . . . . | 5 | |
|---|---|---|---|
| 6 | Distributions included on line 5 that are not subject to the additional tax (see instructions) . . . . | 6 | |
| 7 | Amount subject to additional tax. Subtract line 6 from line 5 . . . . . . . . . . . . . . . | 7 | |
| 8 | **Additional tax.** Enter 10% (0.10) of line 7. Include this amount on Schedule 2 (Form 1040 or 1040-SR), line 6, or Form 1040-NR, line 57 . . . . . . . . . . . . . . . . . . . . | 8 | |

**Part III    Additional Tax on Excess Contributions to Traditional IRAs.** Complete this part if you contributed more to your traditional IRAs for 2019 than is allowable or you had an amount on line 17 of your 2018 Form 5329.

| 9 | Enter your excess contributions from line 16 of your 2018 Form 5329. See instructions. If zero, go to line 15 | 9 | |
|---|---|---|---|
| 10 | If your traditional IRA contributions for 2019 are less than your maximum allowable contribution, see instructions. Otherwise, enter -0- . . . . . . | 10 | | |
| 11 | 2019 traditional IRA distributions included in income (see instructions) . . . | 11 | | |
| 12 | 2019 distributions of prior year excess contributions (see instructions) . . . | 12 | | |
| 13 | Add lines 10, 11, and 12 . . . . . . . . . . . . . . . . . . . . . . . . . . | 13 | |
| 14 | Prior year excess contributions. Subtract line 13 from line 9. If zero or less, enter -0- . . . . . . | 14 | |
| 15 | Excess contributions for 2019 (see instructions) . . . . . . . . . . . . . . . . . . . | 15 | |
| 16 | Total excess contributions. Add lines 14 and 15 . . . . . . . . . . . . . . . . . . . | 16 | |
| 17 | **Additional tax.** Enter 6% (0.06) of the **smaller** of line 16 **or** the value of your traditional IRAs on December 31, 2019 (including 2019 contributions made in 2020). Include this amount on Schedule 2 (Form 1040 or 1040-SR), line 6, or Form 1040-NR, line 57 | 17 | |

**Part IV    Additional Tax on Excess Contributions to Roth IRAs.** Complete this part if you contributed more to your Roth IRAs for 2019 than is allowable or you had an amount on line 25 of your 2018 Form 5329.

| 18 | Enter your excess contributions from line 24 of your 2018 Form 5329. See instructions. If zero, go to line 23 | 18 | |
|---|---|---|---|
| 19 | If your Roth IRA contributions for 2019 are less than your maximum allowable contribution, see instructions. Otherwise, enter -0- . . . . . . . . . | 19 | | |
| 20 | 2019 distributions from your Roth IRAs (see instructions) . . . . . . . | 20 | | |
| 21 | Add lines 19 and 20 . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 21 | |
| 22 | Prior year excess contributions. Subtract line 21 from line 18. If zero or less, enter -0- . . . . . | 22 | |
| 23 | Excess contributions for 2019 (see instructions) . . . . . . . . . . . . . . . . . . . | 23 | |
| 24 | Total excess contributions. Add lines 22 and 23 . . . . . . . . . . . . . . . . . . . | 24 | |
| 25 | **Additional tax.** Enter 6% (0.06) of the **smaller** of line 24 **or** the value of your Roth IRAs on December 31, 2019 (including 2019 contributions made in 2020). Include this amount on Schedule 2 (Form 1040 or 1040-SR), line 6, or Form 1040-NR, line 57 | 25 | |

For Privacy Act and Paperwork Reduction Act Notice, see your tax return instructions.        Cat. No. 13329Q        Form **5329** (2019)
CQA

Form 5329 (2019) Page **2**

### Part V — Additional Tax on Excess Contributions to Coverdell ESAs.
Complete this part if the contributions to your Coverdell ESAs for 2019 were more than is allowable or you had an amount on line 33 of your 2018 Form 5329.

26  Enter the excess contributions from line 32 of your 2018 Form 5329. See instructions. If zero, go to line 31 ... **26**
27  If the contributions to your Coverdell ESAs for 2019 were less than the maximum allowable contribution, see instructions. Otherwise, enter -0- .. **27**
28  2019 distributions from your Coverdell ESAs (see instructions) ..... **28**
29  Add lines 27 and 28 .......................... **29**
30  Prior year excess contributions. Subtract line 29 from line 26. If zero or less, enter -0- ....... **30**
31  Excess contributions for 2019 (see instructions) ............. **31**
32  Total excess contributions. Add lines 30 and 31 .............. **32**
33  **Additional tax.** Enter 6% (0.06) of the **smaller** of line 32 **or** the value of your Coverdell ESAs on December 31, 2019 (including 2019 contributions made in 2020). Include this amount on Schedule 2 (Form 1040 or 1040-SR), line 6, or Form 1040-NR, line 57 ................. **33**

### Part VI — Additional Tax on Excess Contributions to Archer MSAs.
Complete this part if you or your employer contributed more to your Archer MSAs for 2019 than is allowable or you had an amount on line 41 of your 2018 Form 5329.

34  Enter the excess contributions from line 40 of your 2018 Form 5329. See instructions. If zero, go to line 39 **34**
35  If the contributions to your Archer MSAs for 2019 are less than the maximum allowable contribution, see instructions. Otherwise, enter -0- ...... **35**
36  2019 distributions from your Archer MSAs from Form 8853, line 8 .... **36**
37  Add lines 35 and 36 .......................... **37**
38  Prior year excess contributions. Subtract line 37 from line 34. If zero or less, enter -0- ....... **38**
39  Excess contributions for 2019 (see instructions) ............. **39**
40  Total excess contributions. Add lines 38 and 39 .............. **40**
41  **Additional tax.** Enter 6% (0.06) of the **smaller** of line 40 **or** the value of your Archer MSAs on December 31, 2019 (including 2019 contributions made in 2020). Include this amount on Schedule 2 (Form 1040 or 1040-SR), line 6, or Form 1040-NR, line 57 ................. **41**

### Part VII — Additional Tax on Excess Contributions to Health Savings Accounts (HSAs).
Complete this part if you, someone on your behalf, or your employer contributed more to your HSAs for 2019 than is allowable or you had an amount on line 49 of your 2018 Form 5329.

42  Enter the excess contributions from line 48 of your 2018 Form 5329. If zero, go to line 47 .... **42**
43  If the contributions to your HSAs for 2019 are less than the maximum allowable contribution, see instructions. Otherwise, enter -0- ...... **43**
44  2019 distributions from your HSAs from Form 8889, line 16 ...... **44**
45  Add lines 43 and 44 .......................... **45**
46  Prior year excess contributions. Subtract line 45 from line 42. If zero or less, enter -0- ....... **46**
47  Excess contributions for 2019 (see instructions) ............. **47**
48  Total excess contributions. Add lines 46 and 47 .............. **48**
49  **Additional tax.** Enter 6% (0.06) of the **smaller** of line 48 **or** the value of your HSAs on December 31, 2019 (including 2019 contributions made in 2020). Include this amount on Schedule 2 (Form 1040 or 1040-SR), line 6, or Form 1040-NR, line 57 **49**

### Part VIII — Additional Tax on Excess Contributions to an ABLE Account.
Complete this part if contributions to your ABLE account for 2019 were more than is allowable.

50  Excess contributions for 2019 (see instructions) ............. **50**
51  **Additional tax.** Enter 6% (0.06) of the **smaller** of line 50 **or** the value of your ABLE account on December 31, 2019. Include this amount on Schedule 2 (Form 1040 or 1040-SR), line 6, or Form 1040-NR, line 57 **51**

### Part IX — Additional Tax on Excess Accumulation in Qualified Retirement Plans (Including IRAs).
Complete this part if you did not receive the minimum required distribution from your qualified retirement plan.

52  Minimum required distribution for 2019 (see instructions) .......... **52**
53  Amount actually distributed to you in 2019 ................. **53**
54  Subtract line 53 from line 52. If zero or less, enter -0- ............ **54**
55  **Additional tax.** Enter 50% (0.50) of line 54. Include this amount on Schedule 2 (Form 1040 or 1040-SR), line 6, or Form 1040-NR, line 57 ........... **55**

**Sign Here Only if You Are Filing This Form by Itself and Not With Your Tax Return**

Under penalties of perjury, I declare that I have examined this form, including accompanying attachments, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

▶ _____ Your signature    ▶ _____ Date

**Paid Preparer Use Only**

| Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|
| Firm's name ▶ | | | Firm's EIN ▶ | |
| Firm's address ▶ | | | Phone no. | |

Form **5329** (2019)